**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/18/12
JDK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LaANTHONY CLE'TAE CAIN | CIVIL ACTION NO. 1:12-CV-574 |
| VERSUS | JUDGE James T. Trimble, Jr. |
| WARDEN | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be **DISMISSED** for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 18th day of September, 2012.

_____
JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE